# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

November 23, 2020

Hon. Paul A. Engelmayer
40 Foley Square
New York, New York 1006
United States District Court
Southern District of New York

Re: United States v. Kelly Rivas 19-cr-529-(PAE)

Dear Judge Engelmayer:

    I am submitting a letter from Mr. German Montserrat, General Manager for Tu Family Medical and Vision Clinics, that confirms that when Ms. Rivas is released from custody, she will be welcomed back to her position as a medical technician.

    This information is submitted for the Court's consideration and to supplement our prior submissions to assist the Court in formulating a sentence that is sufficient buy not greater than necessary to meet the goals of sentencing.

    Thank you in advance for your consideration.

Respectfully,

*A. James Bell*
A. James Bell, Esq.



# Tu Family Medical and Vision Clinics

**Healthcare for All!**
**¡Salud para Todos!**

To Whom this may concern                                    Virginia, 11/23/2020

Dear Sir/Madam:

This letter is to certify that Ms. Kelly Rivas was employed at our company, Tu Family and Vision Clinics, in the past, which is located at 2946 Sleepy Hollow Rd, Falls church VA 22044.

We have been aware and understand the legal challenges Ms. Rivas has been facing over the last few years and have informed her repeatedly, when possible, that when she is eventually released she would be able to return to work for us.

Ms. Rivas has been always a good and responsible employee and we will rehire her with no hesitation when the time comes. She knows she is welcome to return when she is ready to do so.

If you have any questions, please do not hesitate to contact me directly at 571-212-7087 (personal) or our office at 703-417-9678.

Sincerely,

German Valbuena Montserrat
General Manager